

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 10, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KENNETH RONALD SMITH, JR. | § | CASE NO. 13-10218-RLJ-7 |
| DEBRA ANN SMITH | § | |
| | § | |
| DEBTORS | § | |

## ORDER APPROVING MOTION TO DISMISS

On this day, came on for consideration the Motion to Dismiss as filed by Harvey L. Morton, Trustee.  The Court, having considered such motion and having heard the arguments of counsel, is of the opinion that such Motion should be granted.

It is, therefore, ORDERED that the above-styled proceeding is hereby dismissed, without prejudice.

###END OF ORDER###